**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | **CASE NO.  24-11002-PMM** |
| **COLLEEN MARIE ADAMS** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  2800 GUYTON ST, EASTON, PA 18045 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*9288**

NOW COMES U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

PHH Mortgage Corporation
1661 Worthington Rd.
Ste. 100
West Palm Beach, Florida 33409

Please take notice that the undersigned hereby appears as counsel for U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage

24-09505 BKPOC01

  

Pass-Through Certificates, Series 2007-BC3 pursuant to Bankruptcy Rule 9010(b). The

undersigned's filing of this notice is limited to the instant case noted above and should not be

construed as unlimited representation of the Creditor with respect to any and all matters,

proceedings, or actions that may be taken in the instant case or any associated case or proceeding

involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ *Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

24-09505 BKPOC01