| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11002-PMM**

| | |
|---|---|
| Colleen Marie Adams | Petition Filed Date: 03/25/2024 |
| 2800 Guyton Street | 341 Hearing Date: 05/21/2024 |
| Easton  PA    18045 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2024 | $310.00 | | 05/24/2024 | $310.00 | | 06/25/2024 | $310.00 | |
| 07/23/2024 | $310.00 | | | | | | | |

**Total Receipts for the Period:  $1,240.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,250.51 | $0.00 | $0.00 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ONEMAIN FINANCIAL<br>»» 003 | Unsecured Creditors | $5,764.36 | $0.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $4,238.46 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $4,696.03 | $0.00 | $0.00 |
| 6 | SPRING OAKS CAPITAL SPV LLC<br>»» 006 | Unsecured Creditors | $7,436.29 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,073.47 | $0.00 | $0.00 |
| 8 | PHH MORTGAGE SERVICES<br>»» 008 | Mortgage Arrears | $178.95 | $0.00 | $0.00 |
| 9 | UNISON MIDGARD HOLDINGS LLC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11002-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,550.00 | Current Monthly Payment: | $310.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $155.00 | Total Plan Base: | $21,840.00 |
| Funds on Hand: | $1,395.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.