## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Colleen Marie Adams,<br><br>*Debtor*. | Case No. 24-11002-PMM<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- First Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following party:

| | | |
|---|---|---|
| First Commonwealth FCU<br>Attn: Bankruptcy<br>PO Box 20450<br>Lehigh Valley, PA 18002−0450 | PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416 | Unison Midgard Holding, LLC<br>c/o Practus, LLC<br>Bernard J. Kornberg<br>58 West Portal Ave PMB 782<br>San Francisco, CA 94127 |

Date: October 2, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com