UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE*: | : | CHAPTER 13 |
| | : | |
| COLLEEN MARIE ADAMS | : | CASE NO. 24-11002 |
| Debtor | : | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK:

Kindly note that First Commonwealth Federal Credit Union's Objection to Confirmation filed with this Court on April 9, 2024 is withdrawn.

                          JOSHUA A. GILDEA

                          FITZPATRICK LENTZ & BUBBA, P.C.
                          645 W. Hamilton Street, Suite 800
                          Allentown, PA  18101
                          (610) 797-9000

Dated: October 21, 2024        By:  */s/ Joshua A. Gildea*
                                                  Attorney for First Commonwealth Federal
                                                  Credit Union