United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 24-11002-pmm
Colleen Marie Adams   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: admin   Page 1 of 3
Date Rcvd: Dec 05, 2024   Form ID: 155   Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colleen Marie Adams, 2800 Guyton Street, Easton, PA 18045-6003 |
| 14867872 | | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14867875 | | Easton Area School District Tax Collection, 1801 Bushkill Dr, Easton, PA 18040-8186 |
| 14867876 | | First Commonwealth Fcu, Attn: Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14867883 | + | Northampton County Revenue Division, 669 Washington St Rm 2132, Easton, PA 18042-7490 |
| 14872737 | + | OneMain Financial, PO Box 679220, Dallas, TX 75267-9220 |
| 14867885 | | Palmer Township Tax Collection, Palmer Municipal Building, 3 Weller Pl, Easton, PA 18045-1975 |
| 14867889 | + | Prizm Financ, 7901 Vine St, Cincinnati, OH 45216-1600 |
| 14870490 | + | U.S. BANK NATIONAL ASSOCIATION ,et al, C/O Mario Hanyon, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14894010 | + | Unison Midgard Holding, LLC, c/o Practus, LLC, Bernard J. Kornberg, 58 West Portal Ave PMB 782, San Francisco, CA 94127-1304 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14867869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 05 2024 23:59:54 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14869747 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 05 2024 23:59:55 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14867870 | | Email/Text: ally@ebn.phinsolutions.com | Dec 05 2024 23:58:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14867871 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 06 2024 00:12:19 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 14867873 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2024 23:59:40 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14867874 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2024 00:00:27 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14867877 | + | Email/Text: bankruptcy@firstelectronic.com | Dec 05 2024 23:59:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 14867878 | + | Email/Text: bankruptcy@greenskycredit.com | Dec 05 2024 23:58:00 | Greensky, 5565 Gleridge Connector , Ste 700, Atlanta, GA 30342-4796 |
| 14867879 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2024 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14869945 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2024 00:00:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14867880 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 23:59:36 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | 29603-0497 |
| 14882100 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 23:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14867881 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 23:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14867882 | ^ | MEBN | Dec 05 2024 23:54:09 | NewRez, PHH Mortgage Services, Po Box 24738, West Palm Bch, FL 33416-4738 |
| 14867884 | + | Email/PDF: cbp@omf.com | Dec 06 2024 00:12:23 | Onemain, Po Box 91910, Sioux Falls, SD 57109-1910 |
| 14867886 | | Email/Text: fesbank@attorneygeneral.gov | Dec 05 2024 23:58:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14870491 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 05 2024 23:58:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14893674 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 05 2024 23:58:00 | PHH Mortgage Corporation /, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14867887 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14867888 | ^ | MEBN | Dec 05 2024 23:54:19 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14867890 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 05 2024 23:59:40 | Regional Acceptance Corporation, Attn: Bankruptcy 1424 East Fire Tower Ro, Greenville, NC 27858-4105 |
| 14867891 | | Email/Text: bankruptcy@springoakscapital.com | Dec 05 2024 23:58:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 14889675 | | Email/Text: bankruptcy@springoakscapital.com | Dec 05 2024 23:58:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14867892 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2024 00:00:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14867893 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2024 23:58:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14867894 | ^ | MEBN | Dec 05 2024 23:53:48 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14867895 | | Email/Text: bankruptcynotice@unison.com | Dec 05 2024 23:58:00 | Unison Agreement Corp., Po Box 26800, San Francisco, CA 94126-6800 |
| 14867896 | + | Email/Text: LCI@upstart.com | Dec 05 2024 23:58:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14867897 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:12:27 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14880642 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2024 00:12:37 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 155 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSHUA A. GILDEA | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com ccharlton@flblaw.com |
| MARIO J. HANYON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Securities Corporation Mortgage Pass wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Colleen Marie Adams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　Colleen Marie Adams<br><br>　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11002−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

　　**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

　　**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　　**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　　**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 5, 2024　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court