## UNITED STATES BANKRUPTCY COURT
### Eastern District - Pennsylvania

IN RE: Colleen Adams )
 )  Case No. 24-11002
 )  Chapter 13
 )
Debtor(s) )

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**

(both may be selected, if applicable)  Notice Address ☐
Payment Address ☒

**OLD ADDRESS:**  ONEMAIN FINANCIAL
(Name)

PO BOX 679220
(Street Address or P.O. Box)

Dallas, TX 75267
(City, State, Zip Code)

**NEW ADDRESS:**  ONEMAIN FINANCIAL
(Name)

PO BOX 845073
(Street Address or P.O. Box)

Dallas, TX 75284
(City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/s/ Madison Beck
Signature of Creditor or Creditor's Attorney
OneMain Financial
PO box 845073
Dallas, TX 75284
800-266-9800
cbp@omf.com
Name/OBA#/Address/Telephone #/Email