Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-11002-PMM**

Colleen Marie Adams  
2800 Guyton Street  
Easton  PA    18045

Petition Filed Date: 03/25/2024  
341 Hearing Date: 05/21/2024  
Confirmation Date: 12/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2024 | $310.00 | | 09/23/2024 | $310.00 | | 10/23/2024 | $582.46 | |
| 11/25/2024 | $582.46 | | 12/26/2024 | $582.46 | | 01/24/2025 | $582.46 | |
| 02/25/2025 | $582.46 | | 03/24/2025 | $582.46 | | 04/23/2025 | $582.46 | |
| 05/23/2025 | $582.46 | | 06/24/2025 | $582.46 | | 07/23/2025 | $582.46 | |

**Total Receipts for the Period: $6,444.60    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,267.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,250.51 | $0.00 | $1,250.51 |
| 2 | FIRST COMMONWEALTH FCU »» 002 | Secured Creditors | $12,075.10 | $3,331.54 | $8,743.56 |
| 3 | ONEMAIN FINANCIAL »» 003 | Unsecured Creditors | $5,764.36 | $0.00 | $5,764.36 |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,675.00 | $3,675.00 | $0.00 |
| 4 | WELLS FARGO BANK NEVADA NA »» 004 | Unsecured Creditors | $4,238.46 | $0.00 | $4,238.46 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $4,696.03 | $0.00 | $4,696.03 |
| 6 | SPRING OAKS CAPITAL SPV LLC »» 006 | Unsecured Creditors | $7,436.29 | $0.00 | $7,436.29 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $2,073.47 | $0.00 | $2,073.47 |
| 8 | PHH MORTGAGE SERVICES »» 008 | Mortgage Arrears | $178.95 | $49.38 | $129.57 |
| 9 | UNISON MIDGARD HOLDINGS LLC »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | SYNCHRONY/CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 24-11002-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,267.06 | Current Monthly Payment: | $582.00 |
| Paid to Claims: | $7,055.92 | Arrearages: | ($5.06) |
| Paid to Trustee: | $660.72 | Total Plan Base: | $33,288.00 |
| Funds on Hand: | $550.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.