## UNITED STATES BANKRUPTCY COURT

### Eastern District of Pennsylvania (Reading)

**IN RE:  Colleen Adams**

|  |  |
|---|---|
| ) | |
| ) | **Case No.  24-11002** |
| ) | **Chapter 13** |
| ) | |
| **Debtor(s)** ) | |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**

**(both may be selected, if applicable)**        **Notice Address**        ☒
                                                 **Payment Address**       ☒

**OLD ADDRESS:**        ONEMAIN FINANCIAL SERVICES
                        (Name)

                        PO BOX 845073
                        (Street Address or P.O. Box)

                        Dallas, TX 75284
                        (City, State, Zip Code)

NEW ADDRESS:        ONEMAIN FINANCIAL

                        PO BOX 3251
                        (Street Address or P.O. Box)

                        Evansville, IN 47731-3251
                        (City, State, Zip Code)

*NOTE:  This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

                        /s/ Amanda Lemmons
                        Signature of Creditor or Creditor's Attorney
                        OneMain Financial
                        601 NW Second St
                        Evansville, IN 47731-3251
                        800-266-9800

                        Name/OBA#/Address/Telephone #/Email