UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

**IN RE:**

**Colleen Marie Adams,**
  **Debtor.**

_____/

**CASE NO.: 24-11002**
**CHAPTER 13**

### REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Robert Shearer
    Robert Shearer
    Email: rshearer@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

COLLEEN MARIE ADAMS
2800 GUYTON STREET
EASTON, PA 18045

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE, 2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE, ROBERT N.C. NIX FEDERAL BUILDING, 900
MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Robert Shearer
Robert Shearer
Email: rshearer@raslg.com