**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    §
                                                         §    **CASE NO. 24-11002**
**COLLEEN MARIE ADAMS**                                   §
    **DEBTOR**                                         §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | PHH Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
    **PO Box 10826**
    **Greenville, SC 29603-0826**

Court Claim # (if known): 8-1
Amount of Claim: $177,417.39
Date Claim Filed: 5/31/2024

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx9288**

Phone:
Last Four Digits of Acct.# xxxxxx**9288**

Name and Address where transferee payments should be sent (if different from above):

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
    **PO Box 10826**
    **Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx9288**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman
    Transferee/Transferee's Agent                    Date: _____ 5/26/2025 _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

PAE_Shell_TOC_2411002_ADAMS_8_0805_177

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before June 2, 2026 via U.S Mail.  All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**              *Via U.S. Mail*
Colleen Marie Adams
2800 Guyton St
Easton, PA 18045-6003

Respectfully Submitted,

/s/ Craig A. Edelman
Craig A. Edelman

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE          PAE_Shell_TOC_2411002_ADAMS_8_0805_177