Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Colleen Marie Adams
2800 Guyton Street
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11002-PMM**

Petition Filed Date: 03/25/2024
341 Hearing Date: 05/21/2024
Confirmation Date: 12/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $582.46 | | 09/23/2025 | $582.46 | | 10/23/2025 | $582.46 | |
| 11/24/2025 | $582.46 | | 12/23/2025 | $582.46 | | 01/26/2026 | $582.46 | |
| 02/24/2026 | $582.46 | | 03/23/2026 | $582.46 | | 04/27/2026 | $582.46 | |
| 05/26/2026 | $582.46 | | 06/24/2026 | $582.46 | | 07/23/2026 | $582.46 | |

**Total Receipts for the Period: $6,989.52 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $15,256.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,250.51 | $0.00 | $1,250.51 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Secured Creditors | $12,075.10 | $9,713.90 | $2,361.20 |
| 3 | ONEMAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $5,764.36 | $0.00 | $5,764.36 |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,675.00 | $3,675.00 | $0.00 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $4,238.46 | $0.00 | $4,238.46 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $4,696.03 | $0.00 | $4,696.03 |
| 6 | SPRING OAKS CAPITAL SPV LLC<br>»» 006 | Unsecured Creditors | $7,436.29 | $0.00 | $7,436.29 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,073.47 | $0.00 | $2,073.47 |
| 8 | NEWREZ LLC D/B/A<br>»» 008 | Mortgage Arrears | $178.95 | $136.11 | $42.84 |
| 9 | UNISON MIDGARD HOLDINGS LLC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | SYNCHRONY/CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11002-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,256.58 | Current Monthly Payment: | $582.00 |
| Paid to Claims: | $13,525.01 | Arrearages: | ($10.58) |
| Paid to Trustee: | $1,186.11 | Total Plan Base: | $33,288.00 |
| Funds on Hand: | $545.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.